■

JOHN LAFFERTY, Respondent, v. NORTON FREMD, Individually and as President of the Telephone Employees Organization, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

■

ROCKAWAY PARK SERIES CORP., Appellant, v. HOLLIS AUTOMOTIVE CORPORATION et al., Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [206 Misc. 955.]

■

ZAKIA SAHADI, Respondent, v. GEORGE A. SAHADI, as Executor of ABRAHAM A. SAHADI, Deceased, and Individually and as Trustee, et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

■

GERTRUDE BELL, as Administratrix of the Estate of JAMES BELL, Deceased, Appellant, v. CITY OF NEW YORK, Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow and Botein, JJ. [See post, p. 1143.]

■

LINDA RHYNE, Appellant, v. BELDON R. KATLEMAN, Respondent.— Orders unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [206 Misc. 202.]

■

RACHEL S. ALGAZY, Respondent, v. ANDRE E. ALGAZY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

■

RACHEL S. ALGAZY, Respondent, v. ANDRE E. ALGAZY, Appellant.— Order unanimously reversed and the motion granted so as to allow alimony and counsel fee in amounts to be fixed by Special Term on report of Official Referee following reference as to the financial circumstances of defendant. On this record the relief now granted is warranted. Settle order on notice. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

■

WILLIAM MARKS, Doing Business under the Name of TOWN AND COUNTRY FABRICS, Respondent, v. TOWN AND COUNTRY FABRICS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WERNER WOLFF, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.